NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:00-cv-00159-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ERRATA TO PLAINTIFF'S MOTION |
| | ) | TO RELEASE PFD FUNDS AT |
| VICKIE L. MERCHLEWITZ RAYBURN, | ) | DOCKET 32 |
| | ) | |
| Defendant. | ) | |

Plaintiff the United States of America, through the United States Attorney for the District of Alaska, files this Errata to its Motion to Release PFD Funds at Docket 32. The dollar amount in the second sentence of the last paragraph should read "$1,323.20" not "$1,323.30". The Proposed Order at 32-2 is correct.

RESPECTFULLY SUBMITTED this 6th day of November 2007, at Anchorage, Alaska.

                    NELSON P. COHEN
                    UNITED STATES ATTORNEY

                    s/Richard L. Pomeroy
                    RICHARD L. POMEROY
                    ASSISTANT U.S. ATTORNEY
                    222 West 7th Avenue # 9, Room 253
                    Anchorage, AK 99513-7567
                    Telephone: (907) 271-5071
                    Fax:  (907) 271-2344
                    E-mail: richard.pomeroy@usdoj.gov
                    AK #8906031

I declare under penalty of perjury that a true and correct copy of the foregoing Errata was served on Vickie L. Merchlewitz Rayburn by First Class Mail on November 5, 2007.

s/Richard L. Pomeroy